**CRIMINAL MINUTE CALENDAR**

Date Received by Docket Clerk:_____ Docket Clerk Initials:_____

**BEFORE JUDGE:** HON. NICHOLAS G. GARAUFIS

**DOCKET NUMBER:** 10-cr-195   **DATE:** Aug 17, 2010   **Time** 10:00 AM

**TOTAL TIME IN COURT:** ____ Hours  6 Minutes

**DEFENDANTS NAME** Timothy Glass   **DEFENDANTS #** 1
PRESENT                              Custody

**DEFENSE COUNSEL** Robert P. LaRusso   CJA Attorney
PRESENT

**DEFENDANTS NAME** _____ **DEFENDANTS #** ____

**DEFENSE COUNSEL** _____

**DEFENDANTS NAME** _____ **DEFENDANTS #** ____

**DEFENSE COUNSEL** _____

**DEFENDANTS NAME** _____ **DEFENDANTS #** ____

**DEFENSE COUNSEL** _____

**A.U.S.A.** Ali Kazemi   **PRETRIAL/PROBATION OFFICER:** _____

**CASE MANAGER/MAGISTRATE CLERICAL** Andrew Jackson

**COURT REPORTER/ ESR OPERATOR** Holly Driscoll   **TAPE LOG** _____

**INTERPETER** _____ **LANGUAGE** _____

**TYPE OF HEARING**                **TIME IN COURT**   **TRIAL STATUS**
Status Conference

**HEARING**   ☒ BEGAN   ☒ HELD   ☐ CONTINUED

**SCHEDULED FOR**   **DATE**   **TIME:**   **FOR**

**SHOULD THIS CALENDAR BE SEALED?**   ☐ YES   ☒ NO

**UTILITIES**

**UTILITIES**

**UTILITIES**

**UTILITIES**

**EXCLUDABLE DELAY CODE TYPE:** XT- Interest of Justice/On Going Plea Negotiations
**PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL START:** Aug 17, 2010
**PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL STOP:** Sep 24, 2010
*Docket Clerk Shall Enter Utility Event "Speedy Trial Excludable Delay-Start & Speedy Trial Excludable Delay-Stop*

**Do these minutes contain ruling(s) on Motion(s)?**  ☐ YES  ☒ NO

**Motion(s) Type and Document # of Motion Ruled On:**

**TEXT:** The status conference was held and all parties were present. The next status conference is scheduled for 9/24/10 at 9:30am.