**DOCKET NUMBER:** CR 10-195 (NGG)

### CRIMINAL CAUSE FOR STATUS CONFERENCE

**Date Received By Docket Clerk:**_____  **Docket Clerk Initials:**_____

**BEFORE JUDGE:** <u>GARAUFIS</u>  **DATE:** JULY 11, 2012  **TIME IN COURT** ___ HRS  30 MINS
@ 10:00 AM

**1. DEFENDANT:** TIMOTHY GLASS

Present X   Not Present        Custody X   Not Custody

**DEFENSE COUNSEL:** ROBERT LARUSSO
  FEDERAL DEFENDER:     CJA: X   RETAINED:

**2. DEFENDANT:**
Present   Not Present        Custody   Not Custody

**DEFENSE COUNSEL:**
  FEDERAL DEFENDER:     CJA:     RETAINED:

**A.U.S.A.:** BURTON RYAN BY SHREVE ARIAIL

**COURT REPORTER:** ANTHONY FRISOLONE
**INTERPRETER:**     **LANGUAGE:**

| | | | |
|---|---|---|---|
| ☐ | Change of Plea Hearing (*~Util-Plea Entered*) | ☐ | Revocation of Probation contested |
| ☐ | Arraignment | ☐ | Sentencing on a violation |
| ☐ | Pre Trial Conference | ☐ | Motion Hearing |
| ☐ | Violation | ☐ | Hearing |
| X | Status Conference | ☐ | Sentencing |
| ☐ | Bail Application | ☐ | Motion for sentence reduction |
| ☐ | Voir Dire Begun | ☐ | Oral Argument |
| ☐ | Voir Dire Held     Jury selection ☐ | ☐ | Jury trial |
| ☐ | Jury Trial Death Penalty   ☐  Sentence enhancement Phase | ☐ | Bench Trial Begun |

**Speedy Trial Start:  Speedy Trial Stop:  CODE TYPE:** XT

**Do these minutes contain ruling(s) on motion(s)?**     YES         NO  X

STATUS CONFERENCE HELD; NEXT STATUS CONFERENCE IS SCHEDULED FOR FRIDAY, OCTOBER 19, 2012 AT 12:00 P.M.  THE TRANSCRIPT OF THIS PROCEEDING SHALL BE FILED UNDER SEAL.