**DOCKET NUMBER:** CR 10-0195 (NGG)

# CRIMINAL CAUSE FOR SENTENCING

**Date Received By Docket Clerk:** _____  **Docket Clerk Initials:** _____

**BEFORE JUDGE:** GARAUFIS  **DATE:** MARCH 3, 2017  **TIME IN COURT** ___ **HRS** __60__ **MINS** @ 11:00 AM.

**1. DEFENDANT:** TIMOTHY GLASS

Present X   Not Present     Custody X     Not Custody

**DEFENSE COUNSEL:** ROBERT LARUSSO
  FEDERAL DEFENDER:     CJA: X     RETAINED:

**2. DEFENDANT:**
Present   Not Present     Custody   Not Custody

**DEFENSE COUNSEL:**
  FEDERAL DEFENDER:     CJA:     RETAINED:

**A.U.S.A.:** BURTON RYAN

**COURT REPORTER:** MICHELE LUCCHESE
**INTERPRETER:**     **LANGUAGE:**

- ☐ Change of Plea Hearing (~Util-Plea Entered)   ☐ Revocation of Probation contested
- ☐ Status Conference
- ☐ Initial Appearance   ☐ Sentencing on a violation
- ☐ Pre Trial Conference   ☐ Motion Hearing
- ☐ Violation of Supervised Release   ☐ Hearing
- ☐ Plea Entered   X Sentencing
- ☐ Bail Appeal   ☐ Motion for sentence reduction
- ☐ Voir Dire Begun   ☐ Oral Argument
- ☐ Voir Dire Held   Jury selection   ☐ Jury trial
- ☐ Jury Trial Death Penalty   ☐ Sentence enhancement Phase   ☐ Bench Trial Begun

**Speedy Trial Start:**     **Speedy Trial Stop:**     **CODE TYPE:** XT

**Do these minutes contain ruling(s) on motion(s)?**     YES     NO X

SENTENCING HELD; THE JUDGMENT WILL BE PREPARED AND FILED SHORTLY. THE TRANSCRIPT OF THIS PROCEEDING SHALL BE FILED UNDER SEAL.